IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELLY HURST, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:23-00137-N |
| ) | |
| MARTIN O'MALLEY, ) | |
| *Commissioner of Social Security*, ) | |
|     Defendant. ) | |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Kelly Hurst, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Hurst's application for Social Security benefits.

**DONE** this the **27th** day of **September 2024**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**